UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-6-1BO(4)
4:13-CR-6-2BO(4)

FILED IN OPEN COURT
ON 2/5/13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | INDICTMENT |
|  | ) |  |
| TRON LAKEY DAVIS | ) |  |
| LORENZA DEVON DICKENS | ) |  |

The Grand Jury charges that:

COUNT ONE

On or about July 18, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, did knowingly and intentionally distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On or about July 18, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT THREE

On or about July 18, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in

1

Count One of this Indictment, and did possess said firearm in furtherance of said crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

On or about July 31, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FIVE

On or about August 17, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT SIX

On or about August 17, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, did knowingly and intentionally distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about August 17, 2012, in the Eastern District of North Carolina, the defendant, TRON LAKEY DAVIS, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Six of this Indictment, and did possess said firearm in furtherance of said crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

On or about August 17, 2012, in the Eastern District of North Carolina, the defendants, TRON LAKEY DAVIS, and LORENZA DEVON DICKENS, aiding and abetting one another, did knowingly possess a stolen firearm, which had been shipped or transported in interstate and foreign commerce before it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j), 924, and 2.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

DATE: 2-5-13

THOMAS G. WALKER
United States Attorney

BY: Leslie K. Cooley
Assistant United States Attorney

3