UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-6-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRON LAKEY DAVIS | **NOTICE OF APPEAL** |

The Defendant, Tron Lakey Davis, hereby gives notice of appeal from the Final Judgment of November 15, 2013 (entered by this Court on November 27, 2013) pursuant to the Federal Rules of Appellate Procedure.

Respectfully submitted this 2nd day of December, 2013.

                                          **THE EDMISTEN WEBB & HAWES LAW FIRM**

                                          */s/ William Woodward Webb, Jr.*
                                          William Woodward Webb, Jr.
                                          N.C. State Bar No. 26814
                                          127 West Hargett Street
                                          Suite 104 (27601)
                                          Post Office Box 1509
                                          Raleigh, North Carolina 27602
                                          (919) 831-8700
                                          woodywebb@mindspring.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney has served a copy of the foregoing *Notice of Appeal* via the CM/ECF System of the United States District Court for the Eastern District of North Carolina upon counsel and parties listed below properly addressed to:

**J. Frank Bradsher**
**Assistant United States Attorney**
**310 New Bern Avenue**
**Suite 800**
**Raleigh, NC 27601-1461**
frank.bradsher@usdoj.gov

This 2nd day of December, 2013.

**THE EDMISTEN WEBB & HAWES LAW FIRM**

  */s/ William Woodward Webb, Jr.*
William Woodward Webb, Jr.
N.C. State Bar No. 26814
127 West Hargett Street
Suite 104 (27601)
Post Office Box 1509
Raleigh, North Carolina 27602
(919) 831-8700
woodywebb@mindspring.com

2