DEFENDANT: Tron Lakey Davis
CASE NUMBER: 4:13-CR-6-1BO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Count 6 - 60 months.
Count 7 - 240 months and shall run consecutive to Count 6.
The defendant shall receive credit for time served.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before     p.m. on _____.

   ☐ as notified by the United States Marshal.  ☐ Or

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10 SEPT 14__ to __FCI WIL__
at __SALTERS, SC__, with a certified copy of this judgment.

__M. CRUZ, WARDEN__
UNITED STATES MARSHAL

By __A. HARTLEY, CSO__
DEPUTY UNITED STATES MARSHAL

FILED
SEP 1 6 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK