UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-6-BO-1

UNITED STATES OF AMERICA

v.                                                                    NOTICE OF APPEAL

TRON LAKEY DAVIS

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY

GIVEN that the Defendant, Tron Lakey Davis, appeals to the Fourth Circuit Court of Appeals

from the conviction and sentencing judgment, which was vacated, [D.E. 62, 70], and re-entered,

[D.E. 108], on August 21, 2015 by this Court pursuant to 28 U.S.C. § 2255. This notice of appeal

is, therefore, within the time specification established by Rule 4(b).

This the 27th day of August, 2015.

/s/ Raymond C. Tarlton
Raymond C. Tarlton
Attorney for Defendant
Tarlton Law PLLC
333 Fayetteville Street, Suite 1513
Raleigh, North Carolina 27602
Telephone: 919-890-3079
Fax: 919-400-4200
tarlton@tarltonlaw.com
N.C. State Bar No. 38784

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy on August 27, 2015 of the foregoing NOTICE through the electronic service function of the Court's electronic filing system, which will send notification of such filing to the following:

Frank Bradsher, Esq.
Seth Wood, Esq.
Assistant United States Attorneys
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

/s/ Raymond C. Tarlton
Counsel for Defendant