UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:13-CR-6-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRON LAKEY DAVIS | **NOTICE OF APPEAL** |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, TRON DAVIS, appeals to the Fourth Circuit Court of Appeals from the conviction and judgment, which was entered, [D.E. 129], June 5, 2017. This notice of appeal is, therefore, within the time specification established by Rule 4(b).

*******

Respectfully submitted this 19th day of June, 2017.

        TARLTON | POLK PLLC

        <u>/s/ Raymond C. Tarlton</u>
        RAYMOND C. TARLTON
        Attorney for Defendant
        150 Fayetteville Street, Suite 930
        Raleigh, North Carolina 27601
        Post Office Box 1386
        Raleigh, NC 27602
        Telephone: 919.948-6464
        Fax: 919.400.4200
        E-mail:  rtarlton@tarltonpolk.com
        N.C. State Bar No. 38784

        *Designation: CJA Counsel Appointed*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Frank Bradsher
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on June 19, 2017, using the CM/ECF system which will send notification of such filing to the above.

This the 19th day of June, 2017.

TARLTON | POLK PLLC

/s/ Raymond C. Tarlton
RAYMOND C. TARLTON